ACCEPTED
04-15-00132-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 4:46:02 PM
KEITH HOTTLE
CLERK



RUSTY HARDIN & ASSOCIATES, LLP
ATTORNEYS AT LAW

5 Houston Center
1401 McKinney Street, Suite 2250
Houston, TX 77010-4035
p: 713.652.9000
www.rustyhardin.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 4:46:02 PM
KEITH E. HOTTLE
Clerk

February 26, 2015

Fourth Court of Appeals
Keith E. Hottle, Clerk
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> Re: 04-15-l00132-CV;
> *Armando Hernandez, Nancy Hernandez v. Mario Saldivar, et al.*

Dear Mr. Hottle:

This letter serves as notice of the payment of the reporter's fee for preparing the record in the above-entitled matter as evidenced by the attached correspondence.

Sincerely,

Bob Wynne

/rap
Enclosure



5 Houston Center
1401 McKinney Street, Suite 2250
Houston, TX 77010-4035
p: 713.652.9000
www.rustyhardin.com

**RUSTY HARDIN & ASSOCIATES, LLP**
**ATTORNEYS AT LAW**

April 20, 2015

**Via Federal Express**

Maria Fattahi, Court Reporter
Paul Elizondo Tower
101 W. Nueva Street, Suite 301
San Antonio, Texas 78205

> Re: Cause No. 2014-CI-17077; *Hernando Hernandez and Nancy Hernandez v. Mario Saldivar, et al.*; in the 150th Judicial District Court of Bexar County, Texas
>
> On Appeal to the Fourth Court of Appeals; 04-15-000132-CV; *Armando Hernandez and Nancy Hernandez, Appellants v. Mario Saldivar, et al., Appellees*

Dear Ms. Fattahi,

Enclosed is our firm check in the amount of $1,601.71 representing the following:

1. $1,321.71 for preparation of the transcript of the hearing in the above-entitled matter on February 23-27, 2015. We are requesting a digital copy of the transcript, and state that no exhibits are needed; and

2. $280.00 for expedited copies requested by Mr. Wynne during the hearing.

Please feel free to contact me if you have any questions.

Sincerely,

Rachael A. Parks
Legal Assistant to Bob Wynne

/rap
Enclosure

From: (713) 652-9000    Origin ID: EIXA
Rachael Parks
Rusty Hardin & Associates LLP
1401 McKinney Street
Suite 2250
HOUSTON, TX 77010


FedEx Express

E

J151215022303uv

SHIP TO: (210) 335-1594    BILL SENDER
**Maria Fattahi, Court Reporter**
**Bexar County District Court**
**101 W. Nueva Street**
**Suite 301**
**SAN ANTONIO, TX 78205**

Ship Date: 20APR15
ActWgt: 1.0 LB
CAD: 106194671/INET3610

Delivery Address Bar Code



Ref #    2988.01
Invoice #
PO #
Dept #

**TUE - 21 APR AA**
**STANDARD OVERNIGHT**

TRK#   7734 1222 3565
0201

**AR SVZA**

**78205**
TX-US
**SAT**

537J2/8FC5/EE4B

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.